AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _Columbia_

| | |
|---|---|
| _DAVID J. BAROUCH_ <br> *Plaintiff* <br><br> v. <br><br> _DEPARTMENT OF JUSTICE, ET AL_ <br> *Defendant* | Case 1.12-cv-00129 <br> Assigned To : Jackson, Amy Berman <br> Assign. Date : 1/23/2012 <br> Description. FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_DEPARTMENT OF THE TREASURY_
_1500 PENN. AVE. N.W._
_W.D.C. 20220_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_DAVID J. BAROUCH_
_# 41301-177_
_F.C.I. SEAGOVILLE_
_POB 9000_
_SEAGOVILLE, TX. 75159_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: _JAN. 23, 2012_

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09, DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Department of the Treasury

was received by me on *(date)* 1/26/12 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and complaint sent certified mail return receipt requested and received 3/6/12.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/5/12

_____
Server's signature

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept of the Treasury
1500 Penn Ave
Washington DC
20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery 3/6/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0000 58B 75CC

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of Columbia

| | |
|---|---|
| DAVID J. BAROUCH <br> *Plaintiff* <br> v. <br> DEPARTMENT OF JUSTICE, ET AL <br> *Defendant* | Case: 1:12-cv-00129 <br> Assigned To : Jackson, Amy Berman <br> Assign. Date : 1/23/2012 <br> Description FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. MARSHAL SERVICE
DOJ
950 PENN. AVE. N.W.
W. D.C. 20530

7004 2510 0006 7982 9682

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 30 ~~or 60~~ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID J. BAROUCH
# 41301-177
F.C.I. SEAGOVILLE
POB 9000
SEAGOVILLE, TX. 75159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: JAN. 23, 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09, DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __US Marshall Service__
was received by me on *(date)* __1/26/12__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and complaint sent certified mail return receipt requested and received 3/12.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __6/5/12__

_____
*Server's signature*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Marshall Service
   DOJ
   950 Pennsylvania Ave NW
   Washington DC
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): _____
C. Date of Delivery: _____

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2510 0006 7982 8682

AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _Columbia_

DAVID J. BAROUCH
*Plaintiff*

v.

DEPARTMENT OF JUSTICE, ET AL
*Defendant*

Case: 1:12-cv-00129
Assigned To: Jackson, Amy Berman
Assign Date: 1/23/2012
Description: FOIA/Privacy Act

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EXECUTIVE OFFICE FOR U.S. ATTORNEYS
DOJ
950 PENN. AVE. N.W.
W.D.C. 20530

7009 2820 0001 7962 9736

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID J. BAROUCH
#41301-177
F.C.I. SEAGOVILLE
POB 9000
SEAGOVILLE, TX. 75159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: JAN. 23, 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Executive Office For US Attorney
was received by me on *(date)* 1/26/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and complaint sent certified mail return receipt requested and received 3/8/12.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/5/12

_____
Server's signature

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Exec office US Atty Oop
950 Penn Ave NW
Washington DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery  MAR -8 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt ~~for Merchandise~~
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number *(Transfer from service label)*: 7004 2510 0006 7982 9736

ame and title
_____
159-9000
's address

AO 440 (Rev 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _Columbia_

| | |
|---|---|
| _DAVID J. BAROUCH_ <br> Plaintiff <br><br> v. <br><br> _DEPARTMENT OF JUSTICE, ET AL_ <br> Defendant | Case. 1.12-cv-00129 <br> Assigned To : Jackson, Amy Berman <br> Assign. Date  1/23/2012 <br> Description: FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_Bureau of Prisons_
_DOJ_
_320 First Street, N.W._
_W.D.C. 20534_

7004 2510 0006 7982 9651

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_DAVID J. BAROUCH_
_#41501-177_
_F.C.I. SEAGOVILLE_
_POB 9000_
_SEAGOVILLE, TX. 75159_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D CAESAR CLERK OF COURT

Date: _JAN. 23, 2012_

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bureau of Prisons
was received by me on *(date)* 1/26/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and complaint sent certified mail return receipt requested and received 3/5/12.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/5/12                              /K R/
                                          _____
                                          *Server's signature*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Prison
DOJ
320 1st St NW
Washington DC
20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label) 7004 2510 0006 7982 9657

PS Form 3811, February 2004  Domestic Return Receipt

AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _Columbia_

| | |
|---|---|
| _DAVID J. BAROUCH_ <br> *Plaintiff* <br> v. <br> _DEPARTMENT OF JUSTICE, ET AL_ <br> *Defendant* | ) ) ) ) ) ) ) ) <br> Case. 1:12-cv-00129 <br> Assigned To . Jackson. Amy Berman <br> Assign. Date : 1/23/2012 <br> Description: FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES_
_DOJ_
_650 MASSACHUSETTS AVE., N.W._
_W.D.C. 20226_

7004 2510 0006 7982 9699

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_DAVID J. BAROUCH_
_# 41501-177_
_F.C.I. SEAGOVILLE_
_POB 9000_
_SEAGOVILLE, TX. 75159_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: _JAN. 23, 2012_

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bureau of Alchol, Tobacco, Firearms and Expl

was received by me on *(date)* 1/26/12 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and complaint sent certified mail return receipt requested and received 3/6/12.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/5/12

*Server's signature*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Alchol, Tobacco
Firearms and Explosive
DOT
650 Massachassetti Ave
NW
Washington DC 20226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 3/6/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2510 0006 7992 9897

PS Form 3811, February 2004

AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _Columbia_

| | |
|---|---|
| DAVID J. BAROUCH <br> _Plaintiff_ <br><br> v. <br><br> DEPARTMENT OF JUSTICE, ET AL <br> _Defendant_ | Case: 1 12-cv-00129 <br> Assigned To : Jackson, Amy Berman <br> Assign. Date : 1/23/2012 <br> Description: FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DEPARTMENT OF JUSTICE CRIMINAL DIV.
950 PENN. AVE. N.W.
W.D.C. 20530

7004 2510 0006 7982 9668

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 30 ~~or 60~~ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID J. BAROUCH
#41501-177
F.C.I. SEAGOVILLE
POB 9000
SEAGOVILLE, TX. 75159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: JAN. 23, 2012

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Department of Justice Criminal Division
was received by me on *(date)* 1/26/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and complaint sent certified mail return receipt requested and received 3/12

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/5/12                         _____
                                      *Server's signature*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br>Dept of Justice<br>Criminal Division<br>950 Pennsylvania Ave<br>WDC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br>   MAR __ 2012<br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7004 2510 0006 7982 9668 | |

AO 440 (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _Columbia_

DAVID J. BAROUCH
_Plaintiff_

v.

DEPARTMENT OF JUSTICE, ET AL
_Defendant_

Case. 1.12-cv-00129
Assigned To   Jackson, Amy Berman
Assign Date · 1/23/2012
Description: FOIA/Privacy Act

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

PARKER COUNTY SHERIFF'S DEPARTMENT
PARKER CO. JAIL
129 HOGLE STREET
WEATHERFORD, TEXAS 76086

7004 2510 0006 7982 9675

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID J. BAROUCH
#41301-177
F.C.I. SEAGOVILLE
POB 9000
SEAGOVILLE, TX. 75159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date. JAN. 23, 2012

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Parker County Sherriff Department

was received by me on *(date)* 1/26/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons and complaint sent certified mail return receipt requested and received 3/1/12

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/5/12

_____
Server's signature

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Parker County Sherriff Dept
Parker County Jail
129 Hogle St
Weatherford TX 76086

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _____
C. Date of Delivery: 3-1-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 7852 9075

PS Form 3811, February 2004