UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID JACK BAROUCH )
)
    Plaintiff, )
)
v. )
) Civil Action No. 12-0129(ABJ)
)
U.S. DEPARTMENT OF JUSTICE, )
et al., )
)
    Defendants. )

## STATUS REPORT

Comes now, plaintiff and pursuant to this Court's order of May 30, 2012, provides the following status report and proof of service.

1) That proof of service was mailed to the court on June 13, 2012 for the following defendants: a) Executive Office For U.S. Attorney, b) Bureau of Alchol, Tobacco, Firearms and Explosives, c) U.S. Marshals Service, d) Department of the Treasury, e) Bureau of Prisons, f) Department of Justice Criminal Division, g) Parker County Sheriff's Department.

2. The proof of service for h) US Attorney for the District of Columbia, i) US Attorney General, and j) Department of Justice is appended to the attached Status Report of Exhibits A, B, C.

3) That all defendants have now been properly served with copies of the summons and complaint.

David Barouch
41301-177
FCI
P.O. Box 9000
Seagoville, Tx., 75159-9000

RECEIVED
Mail Room
JUN 25 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Certificate (proof) of Service

I certify on the 21st day of June, 2012 I deposited in the prison mail receptacle the original and suitable copies of the Plantiff's "Status Report", first class postage prepaid addressed to:

(1) original and (2) copies to:

    Court Clerk
    US District Court
    District of Columbia
    Barrett Pretyman Building
    333 Constitution Ave. NW
    Washington, DC, 20001

AND

(1) copy to

    US Attorney
    District of Columbia
    Judiciary Center Bldg.
    555 4th St. NW
    Washington, DC, 20001

AND

    US Attorney General
    D.O.J.
    950 Pennsylvania Ave. NW
    Washington, DC 20530

AND

    Department of Justice
    950 Penn. Ave. NW
    Washington DC, 20530

AND

    Mr. Eric Holder
    Attorney General of the United States
    Main Justice Build.
    850 Pennsylvania Ave. NW
    Washington, DC 20530

_David Barouch_

Exhibit A

# UNITED STATES DISTRICT COURT
for the
_____ District of _Columbia_

DAVID J. BAROUCH
_____
Plaintiff

v.

DEPARTMENT OF JUSTICE, ET AL
_____
Defendant

Case: 1:12-cv-00129
Assigned To: Jackson, Amy Berman
Assign Date: 1/23/2012
Description: FOIA/Privacy Act

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

U.S. ATTORNEY
Judiciary Center Bldg.
555 Fourth (4th) St. N.W.
Washington, DC, 20001

7004 2510 0006 7984 2056

7004 2510 0006 7983 0121

A lawsuit has been filed against you.

Within ~~21~~ 60 (sixty) days after service of this summons on you (not counting the day you received it) — ~~or 60 days~~ if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID J. BAROUCH
#41501-177
F.C.I. SEAGOVILLE
POB 9000
SEAGOVILLE, TX. 75159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D CAESAR, CLERK OF COURT

Date: _May 25, 2012_

_____
Signature of Clerk or Deputy Clerk

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S Atty for District of Columbia<br>Judiciary Center Bldg<br>555 Fourth (4th) St. N.W.<br>Washington D.C. 20001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☒ No<br><br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)   7004 2510 0006 7984 2056 | |

PS Form 3811, February 2004      Domestic Return Receipt                 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David Banach
4/301-177
FCI
P O Box 9000
Seagoville TX 75159-9000

B

# UNITED STATES DISTRICT COURT
for the

_____ District of Columbia

| | |
|---|---|
| DAVID J. BAROUCH <br> *Plaintiff* <br> v. <br> DEPARTMENT OF JUSTICE, ET AL <br> *Defendant* | Case. 1:12-cv-00129 <br> Assigned To: Jackson, Amy Berman <br> Assign Date. 1/23/2012 <br> Description: FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530

7010 1060 0000 5807 6397

7004 2510 0006 7983 0152

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 60 (SIXTY) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID J. BAROUCH
#41301-177
F.C.I. SEAGOVILLE
POB 9000
SEAGOVILLE, TX. 75159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

ANGELA D CAESAR, CLERK OF COURT

Date: May 25, 2012

_____
*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>US Attorney General DOJ<br>950 Pennsylvania Ave<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7004 2510 0006 2983 0152 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David Barouch
41301-177
FCI
P.O. Box 9000
Seagoville TX 75159-9000

B

# UNITED STATES DISTRICT COURT

for the

_____ District of Columbia

| | |
|---|---|
| DAVID J. BAROUCH ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ET AL ) <br> *Defendant* ) | Case: 1:12-cv-00129 <br> Assigned To: Jackson, Amy Berman <br> Assign. Date: 1/23/2012 <br> Description: FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To (*Defendant's name and address*)

DEPARTMENT OF JUSTICE
950 PENN. AVE. N.W.
W.D.C. 20530

7004 2510 0006 7983 0084

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   David Jack Barouch
   Reg. No. 41301-177
   FCI Seagoville
   P.O. box 9000
   Seagoville, TX 75159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

ANGELA D CAESAR, CLERK OF COURT

Date June 5, 2012

*Signature of Clerk or Deputy Clerk*



**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

